UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WINIFRED DARNELL WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. CV 17-03624-JDE<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT (EAJA) ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for Award of EAJA Fees [Dkt. 20], and good cause appearing therefor,

IT IS ORDERED that EAJA fees in the amount of THREE THOUSAND FOUR HUNDRED FIFTY AND DOLLARS ($3,450.00) subject to the terms of the above-referenced Stipulation.

Dated: March 09, 2018

_____
JOHN D. EARLY
United States Magistrate Judge